# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| A. ERIC EHRHARDT, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-cv-00410-DGK |
| WESTROCK SERVICES, LLC, | ) |
| Defendant. | ) |

## ORDER DENYING JOINT MOTION TO STAY

This case arises out of Defendant's termination of Plaintiff in January 2022. On February 3, 2023, Plaintiff brought suit against Defendant in the Circuit Court of Jackson County, Missouri, alleging violations of the Missouri Human Rights Act ("MHRA") and Missouri's workers' compensation law ("WCL"). On June 15, 2023, Defendant removed to this Court based on diversity jurisdiction. ECF No. 1. On July 14, 2023, Plaintiff filed a motion to remand. ECF No. 7. Defendant's response to the motion to remand is currently due on or before July 28, 2023.

Now before the Court is the Parties' Joint Motion to Stay Proceedings and Deadlines Pending the Outcome of the Parties' Private Mediation. ECF No. 9. The parties request the Court stay all deadlines pending the outcome of their private mediation currently scheduled for September 25, 2023. Alternatively, the parties request all current deadlines be extended to a reasonable date after September 25, 2023.

A district court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). The fact that the parties have a private mediation scheduled for two months from now is not enough to justify a stay at this time. The motion is DENIED.

Defendant shall respond to Plaintiff's motion to remand on or before July 28, 2023, and both parties shall abide by all deadlines set forth in the Court's Rule 16 Notice, ECF No. 8.

**IT IS SO ORDERED.**

Date:  July 26, 2023  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT